**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00899-JLK

KRYSTAL LEWIS,

    Plaintiff,

v.

SGS NORTH AMERICA INC, a Delaware corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation for Dismissal (Doc. 18) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

 December 18, 2015                    _/s/ John L. Kane_
DATE                                      John L. Kane
                                           Senior U.S. District Court Judge